NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TASHAE WATSON,**

*Appellant*

**v.**

**ANTHONY UZZO,**

*Appellee*

---

2025-1556

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 91277679.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P.  42 (b).

2                                                                                                WATSON V. UZZO

(2)  Each side shall bear their own costs.


FOR THE COURT



June 12, 2025                                           Jarrett B. Perlow
Date                                                     Clerk of Court


**ISSUED AS A MANDATE:** June 12, 2025